IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:22-cr-5-SLG-KFR |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| MICHAEL LECAM, | ) |
| Defendant. | ) |

**(PROPOSED) ORDER GRANTING
MOTION FOR ORDER ALLOWING PRO SE DEFENDNAT
TO APPEAR REMOTELY**

Before the Court is the Government's motion, pursuant to Federal Rule of Criminal Procedure 5(e) and Section 15002(b)(1) of the *Coronavirus Aid, Relief, and Economic Security Act*,[1] for an order allowing (but not requiring) the pro se Defendant to appear remotely via video teleconference or phone.

For the reasons stated in the Motion, the Motion is GRANTED and it is ORDERED that the Defendant may appear by video teleconference or phone at the initial appearance for Thursday, March 8, 2022, at 1:30pm (Alaska time) before Magistrate Judge Reardon. The Court will issue a summons and instructions for remote participation.

As required by FRCrP 5(f), the Court will determine during the hearing whether the Defendant consents to remote participation. If the Defendant does not so consent, then the Court will reschedule the hearing and proceed accordingly.

---

[1] PL 116-136, March 27, 2020, 134 Stat 281

Alternatively, the Defendant may attend the hearing in person.

_____
Hon. Kyle F. Reardon
Magistrate Judge
U.S. District Court
District of Alaska