Jane Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: Jane_Imholte@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL LECAM,<br><br>                Defendant. | Case No. 3:22-cr-00005-SLG-KFR<br><br>**ENTRY OF APPEARANCE** |

COMES NOW Jane Imholte, Assistant Federal Defender, and hereby enters her appearance as counsel for Defendant Michael Lecam in this matter. All future filings and correspondence regarding this matter should be sent to undersigned counsel at the address listed above.

DATED at Anchorage, Alaska this 28th day of February, 2022.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Jane Imholte*
Jane Imholte
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on February 28, 2022. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Jane Imholte*