JOHN E. KUHN, JR.
United States Attorney

STEVEN SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:22-cr-0005-SLG-KFR |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL LECAM, | ) | |
| Defendant. | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Assistant U.S. Attorney Steven Skrocki now appears as co-counsel for the United States of America in the above-entitled action.

//

//

All future correspondence in this matter should be sent to:

>STEVEN SKROCKI
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>Email: steven.skrocki@usdoj.gov

RESPECTFULLY SUBMITTED March 1, 2022, at Anchorage, Alaska.

>JOHN E. KUHN, JR.
>United States Attorney
>
>s/Steven Skrocki
>STEVEN SKROCKI
>Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2022,
a copy of the foregoing was served
electronically on:

Jane Imholte

s/ Steven Skrocki
Office of the U.S. Attorney

U.S. v. Lecam
3:22-cr-0005-SLG-KFR          Page 2 of 2