Jane Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: Jane_Imholte@fd.org

*Counsel for Defendant Michael Lecam*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL LECAM, <br><br> Defendant. | Case No. 3:22-cr-00005-SLG-KFR <br><br> **DEFENDANT'S WAIVER OF PERSONAL PRESENCE [Fed. R. Crim. P. 43(a)]** |

      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Michael Lecam, through undersigned counsel, hereby acknowledges that he has been advised of his right to be present in court for an arraignment/detention hearing and hereby waives his personal presence at the hearing and consents to appear via telephone or videoconference, after consultation with the undersigned.

      Mr. Lecam is presently out of custody and wishes to appear at the arraignment/detention hearing in this matter via videoconference due to a medical condition that makes is dangerous for him to fly. Mr. Lecam agrees that his interests will be deemed always represented by the presence of the undersigned and his presence by telephone/videoconference, the same if he were personally present.

DATED at Anchorage, Alaska this 2nd day of March, 2022.

    Respectfully submitted,
    FEDERAL PUBLIC DEFENDER
    DISTRICT OF ALASKA

    */s/ Jane Imholte*
    Jane Imholte
    Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 2, 2022. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Jane Imholte*