# UNITED STATES DISTRICT COURT
for the

District of ALASKA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:22-cr-00005-SLG-KFR |
| MICHAEL LECAM | ) | |
| *Defendant* | ) | |

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

/s/ Jane Imholte for Defendant after consultation
*Defendant's signature*

**Waiver of a Right to Trial by Jury**

I waive my right to a jury trial.

/s/ Jane Imholte for Defendant after consultation
*Defendant's signature*

The United States consents to the jury-trial waiver:

_____
*Government representative's signature*

_____
*Government representative's printed name and title*

**Waiver of a Right to Have 30 Days to Prepare for Trial**

I waive my right to have 30 days to prepare for trial.

/s/ Jane Imholte for Defendant after consultation
*Defendant's signature*

| Jane Imholte, Assistant Federal Defender | /s/ Jane Imholte |
|---|---|
| *Printed name of defendant's attorney (if any)* | *Signature of defendant's attorney (if any)* |

Date: 3/16/2022      Approved by: _____
*Magistrate Judge's signature*