# UNITED STATES DISTRICT COURT
for the

District of ALASKA

| | |
|---|---|
| United States of America<br>v.<br><br>___MICHAEL LECAM___<br>*Defendant* | )<br>)<br>) Case No.    3:22-cr-00005-SLG-KFR<br>)<br>) |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

                                                          ___/s/ Jane Imholte for Defendant after consultation___
                                                                                      *Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

                                                          ___/s/ Jane Imholte for Defendant after consultation___
                                                                                          *Defendant's signature*

The United States consents to the jury-trial waiver:    /s/ Charisse Arce
                                                                                        *Government representative's signature*

                                                                                 Charisse Arce, Assistant U.S. Attorney
                                                                                     *Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

                                                          ___/s/ Jane Imholte for Defendant after consultation___
                                                                                       *Defendant's signature*

| | |
|---|---|
| ___Jane Imholte, Assistant Federal Defender___<br>*Printed name of defendant's attorney (if any)* | ___/s/ Jane Imholte___<br>*Signature of defendant's attorney (if any)* |
| Date:    ___3/16/2022___ | Approved by: ___/s/ Kyle Reardon___<br>*Magistrate Judge's signature* |