Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_imholte@fd.org

*Counsel for Defendant Michael Lecam*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL LECAM,<br><br>　　　　　Defendant. | Case No. 3:22-CR-00005-SLG-KFR<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Jane M. Imholte, Assistant Federal Defender, hereby notifies the Court and parties that undersigned counsel's office has relocated to 188 W. Northern Lights Blvd., Suite 700, Anchorage, Alaska 99503. All further pleadings and communications regarding this matter should be addressed to the undersigned at the above-listed address.

　　　DATED June 17, 2022.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　　　　FOR THE DISTRICT OF ALASKA

　　　　　　　　　　　　　　　　　　　*/s/ Jane M. Imholte*
　　　　　　　　　　　　　　　　　　　Jane M. Imholte
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender

<u>Certificate of Service</u>:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on June 17, 2022. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.  <u>/s/ Jane M. Imholte</u>