UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL LECAM,<br><br>       Defendant. | Case No. 3:22-cr-00005-SLG |

## JUDGMENT OF DISCHARGE
### Fed.R.Crim.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ The court has granted the motion of the government for dismissal without prejudice; of the offense of Violation of the Lacey Act as charged in count 1 of the Misdemeanor Information.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

**DATED** at Anchorage, Alaska, this 9th day of September, 2022.

                                      s/SHARON L. GLEASON
                                      Sharon L. Gleason
                                      United States District Judge

[DISCHARG*Rev.07/03]